No. 98–8940. GAEDE *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 98–8941. EDWARDS *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 98–8943. HARROD *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 98–8944. GREEN *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 98–8946. HELTON *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 98–8951. DUNBAR *v.* GEORGIA PERSONNEL BOARD ET AL. Sup. Ct. Ga. Certiorari denied.

No. 98–8954. BIGGINS *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 98–9008. NUCKOLS *v.* OHIO. Ct. App. Ohio, Wayne County. Certiorari denied.

No. 98–1466. PAGE, WARDEN *v.* MAHAFFEY. C. A. 7th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 98–1501. CONLON GROUP, INC. *v.* CITY OF ST. LOUIS. Ct. App. Mo., Eastern Dist. Motion of International Council of Shopping Centers, Inc., for leave to file a brief as *amicus curiae* granted. Certiorari denied.

No. 98–1044. CHI-MING CHOW *v.* VAN BUREN TOWNSHIP ET AL., *ante*, p. 1017;

No. 98–1237. EL-FADLY *v.* CITY OF LOS ANGELES ET AL., *ante*, p. 1019;

No. 98–1262. LOMBARD CORP. *v.* COLLINS, COMMISSIONER, GEORGIA DEPARTMENT OF REVENUE, ET AL., *ante*, p. 1039;

No. 98–1292. FOREST COMMODITIES CORP. ET AL. *v.* CONSTRUCTION AGGREGATES, LTD., *ante*, p. 1039;

No. 98–7169. CARR *v.* LOUISIANA, 525 U. S. 1152;

No. 98–7189. TEDDER *v.* ALABAMA, 525 U. S. 1153;

No. 98–7210. PRUNTY *v.* OHIO, 525 U. S. 1153;

No. 98–7370.  RODRIGUEZ-PENA *v.* UNITED STATES, 525 U. S. 1128;

No. 98–7553.  JONES *v.* SOUTH CAROLINA, *ante,* p. 1021;

No. 98–7638.  RAWLINS *v.* COURT OF APPEALS OF ARIZONA, DIVISION ONE, *ante,* p. 1023;

No. 98–7656.  KISKILA ET AL. *v.* McCONNELL ET AL., *ante,* p. 1024;

No. 98–7697.  LACY *v.* AMERITECH MOBILE COMMUNICATIONS, INC., *ante,* p. 1025;

No. 98–7701.  JASON *v.* SEATTLE UNIVERSITY ET AL., *ante,* p. 1025;

No. 98–7731.  IN RE AINSWORTH, *ante,* p. 1016;

No. 98–7748.  ESPARZA *v.* TRIJJILO, *ante,* p. 1009;

No. 98–7780.  IN RE LINTZ, 525 U. S. 1137;

No. 98–7855.  HARRISON, AKA IORIZZO *v.* UNITED STATES, 525 U. S. 1184; and

No. 98–7880.  COOKS *v.* LOUISIANA, *ante,* p. 1042.  Petitions for rehearing denied.

MAY 24, 1999

No. 98–450.  CROMARTIE ET AL. *v.* HUNT, GOVERNOR OF NORTH CAROLINA, ET AL.  Appeal from D. C. E. D. N. C.  Judgment vacated, and case remanded for further consideration in light of *Hunt* v. *Cromartie, ante,* p. 541.

No. 98–981.  ATLAS COPCO AB ET AL. *v.* ALPINE VIEW CO. LTD. ET AL.  C. A. 5th Cir.  Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Ruhrgas AG* v. *Marathon Oil Co., ante,* p. 574.

No. D–2073.  IN RE DISBARMENT OF NUNES.  David Smith Nunes, of Fort Lauderdale, Fla., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.